**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

MAR 29, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WEINTRAUB ) | Case No. LA 17-cv-00057 VAP (ASx) |
| Plaintiffs, ) | |
| v. ) | **ORDER OF DISMISSAL** |
| JP MORGAN CHASE BANK, ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.

Dated: March 29, 2017

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm